UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK COLLINS, | ) | NO. ED CV 08-1727-DSF (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| A. SCHWARZENEGGER, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice to petitioner filing a non-habeas civil complaint.

DATED: 12/30/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE